UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24994-BLOOM/Louis

ANIBAL GOMEZ,

    Plaintiff,

v.

ALLIED PROFESSIONALS
INSURANCE COMPANY,

    Defendant.

_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A
REPORT AND RECOMMENDATIONS**

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Defendant's Motion to Confirm Arbitration Award, ECF No. [48], is **REFERRED** to Magistrate Judge Lauren Fleischer Louis for a Report and Recommendations.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 15, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record