UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24994-BLOOM/Louis

ANIBAL GOMEZ,

    Plaintiff,

v.

ALLIED PROFESSIONALS
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Defendant Allied Professionals Insurance Company's Motion to Confirm Arbitration Award, ECF No. [48], filed on November 17, 2022 ("Motion"). The Motion was previously referred to the Honorable Lauren F. Louis for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [52]. On May 26, 2023, the Magistrate Judge issued a R&R recommending that the Motion be granted and the November 18, 2021 Order of the Arbitration Panel be confirmed. ECF No. [54]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, no party has filed objections, nor has either party sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R, the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well

Case No. 19-cv-24994-BLOOM/Louis

reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be granted for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [54]**, is **ADOPTED**;

2. The Motion, **ECF No. [48]**, is **GRANTED**;

3. The Arbitration Order dated November 18, 2021, **ECF No. [48] at 12-14**, is **CONFIRMED**.

4. All pending motions are **DENIED AS MOOT**;

5. The Clerk shall **CLOSE** this case;

6. The Court retains jurisdiction to resolve any post-judgment motions.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 12, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record